# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00292-CV

## In re Phillip "Baby Shark" Scott

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Phillip "Baby Shark" Scott has filed an original application for writ of habeas corpus complaining that the trial court allegedly held an ex parte competency hearing as part of Relator's underlying criminal proceeding. *See* Tex. Code Crim. Pro. art. 46B.005 ("Determining Incompetence to Stand Trial").[1] "The Texas Constitution grants courts of appeals original jurisdiction only where specifically prescribed by law." *Ex parte Braswell*, 630 S.W.3d 600, 601 (Tex. App.—Waco 2021, no pet.). This Court does not have original habeas corpus jurisdiction in criminal cases. *See* Tex. Const. art. V, § 6; Tex. Gov't Code § 22.221(d) (limiting original habeas corpus jurisdiction of courts of appeals to certain orders, processes, or commitments arising in civil cases); *see also* Tex. Code Crim. Proc. art. 11.05 (vesting "power to issue the writ of habeas corpus" to Court of Criminal Appeals, district courts, and county courts and their judges). As an intermediate appellate court, our habeas corpus jurisdiction in

---

[1] Relator separately filed a petition for writ of mandamus based on substantially similar grounds. *In re Scott*, No. 03-24-00157-CV, 2024 WL 1098217, at *1 (Tex. App.—Austin Mar. 14, 2024, orig. proceeding).

criminal matters is appellate only. *See* Tex. Gov't Code § 22.221(d); *see also In re Wilkins*, No. 03-20-00381-CV, 2020 WL 5608486, at *1 (Tex. App.—Austin Sept. 17, 2020, orig. proceeding).

Accordingly, we dismiss Relator's application for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed:  May 10, 2024